467 A.2d 48

Commonwealth v. Taylor, III, Appellant.

Petition for Allowance of Appeal
Denied Jan. 31, 1984.

Submitted July 27, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.